Johnny A Hunter #0867484 #73B5
100 N. Lamar
Ft. Worth, TX 76102
Date: March 23, 2022

U.S. Courts Northern District of Texas
Forth Worth Division
501 West 10th Street, Room 310
Ft. Worth, TX 76102-3623

Re: False confinement

Dear Clerk;

I am in need of some serious help.

I was on Parole, got lock up here in cowtown, my Parole got reinstated on March 21, 22 I was taken down to book-in dressed out waiting to be released, 5 hrs later I'm taken back upstairs, threaten by Guards, and put back in my cell, why? I don't know, no one will tell me anything, I can't even get toilet paper in my cell, when ask for some paper the Guards say alright but never bring it. I have never had this kind of treatment before, for some unknown reason they, (the Guards) trying to make me look like a bad guy so they can beat me up!

It's very sad for Guards to beat up a 63 year old man, who hasn't done anything to deserve this kind of treatment.

c.c.k.

1 of 2

For some unknown reason, the Treatment that I am getting is totally uncall for, I get lock back up for why I have no ideal, it shows on the Board by my name, nothing, no charges, its like they are trying to hid me in this jail. I have no Attorney, or anyone that I can contact to find out whats going on. I saw a Parole officer two days ago but still don't know anything as to why I'm being detained in this jail.

I do feel like my life is in danger here with this unknown reason of being detained.

Could you, or would you please forwarded my letter to a federal magistrate to look into this matter?

I do know that this is highly unusual, I was on Parole for Burglary of a Building in 1991 may 10th received a 30yr sentence in which I have completed may 10th 2021 end of sentence. Please contact me to insure my safety.

Any consideration in this matter would be highly appreciated.

Respectfully
Johnny A. Hunter

c.c.k.

P.S.
Please acknowledge receipt of this letter.

2 of 2



Johnny Al Hunter # 0867484 - 23B5
100 N. Lamar
Ft. Worth, Texas
76102

Legal
Urgented

U.S. Courts Norther District of Texas
Forth Worth Division
501 West 10th Street, Room 310
Ft. Worth, Texas 76102-3673

NORTH TEXAS P&DC
DALLAS TX 750
25 MAR 2022 PM 4 L

RECEIVED
MAR 28 2022
AS 11:31 pm
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS