IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHNNY A. HUNTER,<br>(Tarrant No. 0867484),<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN DEFENDANT,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:22-cv-232-O |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims are **DISMISSED** for lack of prosecution, without prejudice to their being refiled. *See* FED. R. CIV. P. 41(b).

**SIGNED** this **4th day** of **May, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE